IN THE COURT OF COMMON PLEAS OF BELMONT COUNTY OHIO

COMMON PLEAS COURT
BELMONT CO. OH
2025 JUN -6 AM 10: 04

LAURA A. ZUKO
CLERK OF COURT

SUSAN A. BUMGARDNER, and
CHESTER BUMGARDNER, her husband,
64740 Country Club Road
Warnock, Ohio 43967

        Plaintiffs,

v.

JEREMY J. PIERGALLINI
51999 Wegee Road
Bellaire, OH 43906

and

NICHOLAS PIERGALLINI
51999 Wegee Road
Bellaire, OH 43906

        Defendants.

Case No. 25CV170

Judge: Chris Berhalter

**COMPLAINT WITH JURY DEMAND ATTACHED**

NOW COME the Plaintiffs, Susan A. Bumgardner and Chester Bumgardner, her husband, who for their Complaint against the Defendants, Jeremy J. Piergallini and Nicholas Piergallini, state as follows:

1. The Plaintiffs, Susan A. Bumgardner and Chester Bumgardner, are husband and wife, and were at all times material and relevant herein, residents of Warnock, Belmont County, Ohio.

2. The Defendant, Jeremy J. Piergallini is and was, at all times material and relevant herein, a resident of Bellaire, Belmont County, Ohio.

3. The Defendant, Nicholas Piergallini is and was, at all times material and relevant herein, a resident of Bellaire, Belmont County, Ohio.

BORDAS
AND
BORDAS
ATTORNEYS, PLLC

1358 National Road
Wheeling, WV 26003
t 304-242-8410
f 304-242-3936

106 East Main Street
St. Clairsville, OH 43950
t 740-695-8141
f 740-695-6999

526 7th Street
Moundsville, WV 26041
t 304-845-5600
f 304-845-5604

One Gateway Center
420 Fort Duquesne Blvd.
Suite 1800
Pittsburgh, PA 15222
t 412-502-5000
f 412-235-7190

bordaslaw.com

4. On or about June 20, 2023, Plaintiff, Chester Bumgardner, was operating a Jeep Liberty northbound on County Road 4, in Richland Township, Belmont County, Ohio.

5. On or about June 20, 2023, Plaintiff, Susan A. Bumgardner, was a front seat passenger in the Jeep Liberty being operated by Plaintiff, Chester Bumgardner.

6. On or about June 20, 2023, Defendant, Nicholas Piergallini, was operating a Dodge Caliber southbound on County Road 4 in Richland Township, Belmont County, Ohio. Defendant, Nicholas Piergallini, went left of center and negligently caused a collision between his vehicle and the vehicle driven by Plaintiff, Chester Bumgardner.

7. At all times relevant to the aforementioned incident, it is believed that the vehicle operated by Defendant, Nicholas Piergallini, was owned by Defendant, Jeremy J. Piergallini.

8. As the operator of a motor vehicle upon a public roadway in Ohio, Defendant Nicholas Piergallini, owed a duty to care to other individuals such as the Plaintiffs, Chester Bumgardner and Susan A. Bumgardner, to ensure the safe operation of his motor vehicle and to operate his motor vehicle in a manner that would not cause and/or result in injury to other individuals. Defendant Nicholas Piergallini breached this duty on June 20, 2023 due to his negligent conduct as detailed below.

9. The actions of Defendant Nicholas Piergallini, toward the Plaintiffs, Chester Bumgardner and Susan A. Bumgardner, were negligent in one or more of the following particulars:

    a. Failing to maintain control of his vehicle;

    b. Failing to maintain a proper lookout;

    c. Failing to stay in his lane of travel;

    d. Failing to take reasonable measures as were necessary to avoid striking Plaintiffs, Chester Bumgardner and Susan A. Bumgardner;

2

    e.    Operating a motor vehicle in an inattentive, careless, and improper manner;

    f.    Failing to have due regard to the traffic upon the roadway; and

    g.    Failing to use due care generally in the operation of his vehicle.

10. At all times material hereto, Defendant Jeremy J. Piergallini owed a duty to ensure that he entrusted, permitted, and/or allowed safe, careful, competent, cautious, and lawful drivers to operate his Dodge Caliber.

11. Defendant Jeremy J. Piergallini breached his duty on June 20, 2023 when he negligently entrusted, permitted, and/or allowed Defendant Nicholas Piergallini to operate his Dodge Caliber.

12. The negligence, carelessness and recklessness of Defendant Jeremy J. Piergallini further consisted of, but is not limited to:

    a.    Entrusting the Dodge Caliber to Defendant Nicholas Piergallini when Defendant Jeremy J. Piergallini knew or had reason to know of the incompetency, inexperience, negligence, carelessness and/or recklessness of Defendant Nicholas Piergallini when driving the subject Dodge Caliber;

    b.    Entrusting the Dodge Caliber to Defendant Nicholas Piergallini when Defendant Jeremy J. Piergallini knew or had reason to know that it was likely that Defendant Nicholas Piergallini would and/or could have driven the Dodge Caliber in an unsafe and/or unlawful manner that would create an unreasonable risk of harm to others;

3

c.   Failing to prohibit and/or stop Defendant Nicholas Piergallini from driving the Dodge Caliber;

d.   Entrusting the Dodge Caliber to an individual without undertaking adequate measures to ensure that the driver was capable of operating the vehicle in a safe and lawful manner.

13.   As a direct and proximate cause of the June 20, 2023 collision, the Plaintiff, Susan A. Bumgardner, suffered injuries to her head, neck, right shoulder, right hip, left knee, and various other parts of her body, some of which are reasonably certain to be permanent in nature.

14.   As a direct and proximate result of the June 20, 2023 collision the Plaintiff, Susan A. Bumgardner, suffered physical pain, mental and emotional anguish, annoyance, inconvenience, and a diminishment in her ability to fully function and enjoy life.

15.   As a direct and proximate result of the June 20, 2023 collision the Plaintiff, Susan A. Bumgardner, has incurred medical bills and lost wages.

16.   As a direct and proximate result of the June 20, 2023 collision the Plaintiff, Susan A. Bumgardner, is reasonably certain to incur future physical pain, mental and emotional anguish, annoyance, inconvenience, and a diminishment in her ability to fully function and enjoy life.

17.   As a direct and proximate result of the June 20, 2023 collision the Plaintiff, Susan A. Bumgardner, is reasonably certain to incur future medical bills and future lost wages.

18.   As a direct and proximate result of the June 20, 2023 collision the Plaintiff, Chester Bumgardner, has suffered and is reasonably certain to continue to suffer a loss of the love, society, comfort, companionship and services of his wife, Susan A. Bumgardner.

4

WHEREFORE, the Plaintiffs, Susan A. Bumgardner and Chester Bumgardner, her husband, demand judgment against the Defendants, Jeremy J. Piergallini and Nicholas Piergallini, for compensatory damages and general damages in an amount within the jurisdiction of this Court, for pre-judgment and post-judgment interest, for attorneys' fees and costs expended in this action, for other specific or general relief as may become apparent as this matter progresses, and for such other relief as this Court deems proper.

## A TRIAL BY JURY IS DEMANDED ON ALL ISSUES.

SUSAN A. BUMGARDNER and CHESTER BUMGARDNER, her husband, Plaintiffs,

*Teena Y Miller*

TEENA Y. MILLER (#0074441)
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26003
Telephone: (304) 242-8410
tmiller@bordaslaw.com
*Counsel for Plaintiffs*

5